UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7439

DANIEL H. KING,

    Plaintiff - Appellant,

        v.

ATTORNEY GENERAL ERIC HOLDER; KATHLEEN SIBELIUS; CHARLES E. SAMUELS, JR.; JUSTIN ANDREWS,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:13-ct-03179-FL)

Submitted:  January 22, 2015        Decided:  January 27, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Daniel H. King, Appellant Pro Se.  Kimberly Ann Moore, Thomas Gray Walker, OFFICE OF THE UNITED STATES, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel H. King appeals the district court's order denying relief on his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>King v. Holder</u>, No. 5:13-ct-03179-FL (E.D.N.C. Sept. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>